| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | FILED |
|---|---|
| Seung Yuen Wong<br>5200 Topeka Drive<br>Tarzana, CA 91356<br>818-345-6274<br>sywongusa@sbcglobal.net<br>ATTORNEYS FOR: | 2010 MAY 14 PM 4:24<br>CLERK, U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY _____ |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| Seung Yuen Wong<br>Plaintiff(s),<br>v.<br>none<br>Defendant(s) | CASE NUMBER:<br>CV10-03673 SVW (JEMx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for _____
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

PARTY  Material Witnesses       CONNECTION
(List the names of all such parties and identify their connection and interest.)

Lisa MacCarley, Dana Hopkins

May 14, 2010                    Seung Yuen Wong Pro Se
Date                            Sign

Attorney of record for or party appearing in pro per